# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGELA HOPKINS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 5:18-CV-823-FB |
| | § | |
| WAL-MART STORES, INC. | § | |

## JOINT ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff, Angela Hopkins and Defendant, Wal-Mart Stores, Inc. and file this their Joint Advisory to the Court and would respectfully show unto the Court the following:

I.

The parties hereby advise the Court that the above-styled and numbered cause has been settled by the parties. The parties are in the process of preparing the necessary documentation that will be filed with the Court.

Respectfully submitted,

DAW & RAY
A LIMITED LIABILITY PARTNERSHIP

*/s/ James K. Floyd*

Willie Ben Daw, III, TBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; TBN: 24047628
Email: jfloyd@dawray.com
Adelita Cavada; SBN: 24084882
Email: acavada@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANT,
WAL-MART STORES, INC.**

THE LAW OFFICE OF DENNIS L. RICHARD

*/s/ Dennis L. Richard (with permission)*

Dennis L. Richard; TBN: 16842600
Email: d.richard@osgclaw.com
14255 Blanco Rd.
San Antonio, Texas 78216
(210) 308-6600 Telephone
(210) 308-6939 Facsimile
**ATTORNEY FOR PLAINTIFF,
ANGELA HOPKINS**